RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _____
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JAMES GARRETT<br>    LA. DOC#546824<br>VS. | CIVIL ACTION NO. 3:10-CV-0393<br>SECTION P<br>JUDGE ROBERT G. JAMES |
| UNION PARISH DETENTION CENTER,<br>ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this __20__ day of ___July___, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE